IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NATHAN BENJAMIN,

        Plaintiff,

v.

TRANS UNION, LLC, et al.,

        Defendant.

CIVIL ACTION
NO. 21-586

## ORDER

**AND NOW**, this 27th day of April 2021, upon consideration of the letter dated April 26, 2021 sent to the Court by Gregory J. Gorski, Esquire, counsel for Plaintiff, informing the Court that Plaintiff has resolved his claims with Defendant Experian Information Solutions, Inc. in the above-captioned action, it is **ORDERED** as follows:

1. Plaintiff's action against Defendant Experian Information Solutions, Inc. is **DISMISSED WITH PREJUDICE** pursuant to Local Rule 41.1(b).

2. The Clerk of Court shall docket the attached letter dated April 26, 2021 sent to the Court by Gregory J. Gorski, Esquire, counsel for Plaintiff.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.