IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATHAN BENJAMIN,<br><br>                    Plaintiff,<br><br>     v.<br><br>TRANS UNION, LLC, et al.,<br><br>                    Defendants. | CIVIL ACTION<br>NO. 21-586 |

## ORDER

**AND NOW**, this 10th day of June 2021, upon consideration of the letter dated June 9, 2021 sent to the Court by Gregory J. Gorski, Esquire, counsel for Plaintiff, informing the Court that Plaintiff has resolved his claims with Defendant Trans Union, LLC in the above-captioned action, it is **ORDERED** as follows:

1. Plaintiff's action against Defendant Trans Union, LLC is **DISMISSED WITH PREJUDICE** pursuant to Local Rule 41.1(b).

2. The Clerk of Court shall docket the attached letter dated June 9, 2021 sent to the Court by Gregory J. Gorski, Esquire, counsel for Plaintiff

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.