IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NATHAN BENJAMIN,

    Plaintiff,

v.

TRANS UNION, LLC, et al.,

    Defendants.

CIVIL ACTION
NO. 21-586

## ORDER

**AND NOW**, this 16th day of July 2021, upon consideration of the letter dated July 15, 2021 sent to the Court by Gregory J. Gorski, Esquire, counsel for Plaintiff, informing the Court that Plaintiff has resolved his claims with Defendant Credit Solutions Corp. in the above-captioned action, it is **ORDERED** as follows:

1. Plaintiff's action against Defendant Credit Solutions Corp. is **DISMISSED WITH PREJUDICE** pursuant to Local Rule 41.1(b).

2. The Clerk of Court shall docket the attached letter dated July 15, 2021 sent to the Court by Gregory J. Gorski, Esquire, counsel for Plaintiff

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.