IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NATHAN BENJAMIN,

    Plaintiff,

v.

TRANS UNION, LLC, et al.,

    Defendants.

CIVIL ACTION
NO. 21-586

## ORDER

**AND NOW**, this 16th day of November 2021, upon consideration of the letter dated November 16, 2021 from Gregory Gorski, Esquire, counsel for Plaintiff Nathan Benjamin, informing the Court that Plaintiff has resolved his claims against Defendant Equifax Information Services, LLC, in the above-captioned action (Doc. No. 34), it is **ORDERED** that the above-captioned action is **DISMISSED WITH PREJUDICE** pursuant to Local Rule 41.1(b) as to Defendant Equifax Information Services, LLC. Defendant Northwest Federal Credit Union Foundation remains as Defendant in this case.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.